IN THE UNITED STATES DISRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| **AMBER SWINK** | : | **CASE NO.: 3:16-cv-00392** |
| **Plaintiff,** | : | **JUDGE WALTER H. RICE** |
| vs. | : | |
| **MONTGOMERY COUNTY BOARD OF COMMISSIONERS, et al.** | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | : | |
| **Defendants.** | | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-captioned litigation, Plaintiff Amber Swink, and Defendants Montgomery County Board of Commissioners, Sheriff Phil Plummer, Judith L. Sealey, Scott Landis, and Charles Crosby (collectively, "Named Defendants"), hereby stipulate that all claims against Named Defendants in the above-captioned litigation be dismissed, with prejudice. Court costs shall be split equally between Plaintiff and Named Defendants; each party shall bear his, her, or its own attorneys' fees.

**EXHIBIT A**

Respectfully submitted,

_____
Douglas D. Brannon
BRANNON & ASSOCIATES
130 W. Second St., Ste. 900
Dayton, Ohio 45458
(937) 228-2306
(937) 228-8475 – fax
dougbrannon@branlaw.com
Attorney for Plaintiff, Amber Swink


MATHIAS H. HECK, JR.
PROSECUTING ATTORNEY

By: /s/ Joseph D. Saks
     Joseph D. Saks (0088082)
     Anne M. Jagielski (0093047)
     Assistant Prosecuting Attorneys
     301 West Third Street
     P.O. Box 972
     Dayton, Ohio 45422
     Telephone: (937) 225-5705
     Fax Number: (937) 225-4822
     saksj@mcohio.org
     jagielskia@mcohio.org

Attorneys for Defendants Montgomery County
Board of Commissioners, Sheriff Phil Plummer,
Judith L. Sealey, Charles Crosby, Scott Landis

**CERTIFICATE OF SERVICE**

I certify that on the **25** day of September, 2017, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

_____
Douglas D. Brannon

3